WAYNE E. EDWARDS CORPORATION, Respondent, v. ANGELOS P. ROMAS, Appellant.—

Herlihy, P. J., Reynolds, Greenblott, Cooke and Simons, JJ., concur.

In the Matter of the Claim of MANUEL L. PATINO et al., Appellants. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— No opinion. (See *Matter of Sitiriche [Catherwood]*, 36 A D 2d 675.) Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Sweeney, JJ., concur.